# United States Court of Appeals for the Fifth Circuit

———————

No. 23-10942
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 11, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Kenshetha Brooks,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-175-1

———————————————————

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Kenshetha Brooks has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brooks has not filed a response.

During the pendency of this appeal, Brooks completed the sentence

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10942

imposed on revocation of supervised release and was released from custody. Because she has not shown that she will suffer collateral consequences as a result of the revocation of her supervised release and because no additional term of supervised release was imposed, the instant appeal does not present a case or controversy, and this court lacks jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, the appeal is DISMISSED AS MOOT, and counsel's motion for leave to withdraw is DENIED as unnecessary.